OPINION — AG — ** OPEN MEETING — COUNTY HOSPITAL ** THE GOVERNING BOARD OF THE LEFLORE COUNTY MEMORIAL HOSPITAL CANNOT HOLD A PRIVATE " CLOSED " MEETING TO DISCUSS THE APPEAL FROM A LOCAL PHYSICIAN WHO HAS BEEN DENIED THE RIGHT TO SEE PATIENTS IN THE HOSPITAL. ANY SUCH MEETING MUST BE AN OPEN MEETING UNDER 25 O.S. 201 [25-201] (25 O.S. 301 [25-301], 25 O.S. 314 [25-314]) (OPEN MEETING, BOARD OF CONTROL, EMPLOYEE) CITE: 19 O.S. 792 [19-792], 40 O.S. 229 [40-229](F) (NATHAN J. GIGGER)